FOONT-FREEDENFELD CORPORATION v.
ELECTRO-PROTECTIVE CORPORATION.

October 16, 1973. Petition for certification granted.

AEREON CORPORATION v.
REMMERT-WERNER, INC., OF TRENTON.

October 16, 1973. Petition for certification denied.

AMELIA BINETTI, GENERAL ADMINISTRATRIX v.
WILLIAM BYRNES.

October 16, 1973. Petition for certification denied.

IN THE MATTER OF PROPOSED INCREASED INTRASTATE
INDUSTRIAL SAND RATES BY THE CENTRAL RAIL-
ROAD COMPANY OF NEW JERSEY.

October 16, 1973. Petition for certification granted. (See
125 *N. J. Super.* 48)

ANITA LIPACK v.
HARVEY DAKELMAN AND DOLORES DAKELMAN.

October 16, 1973. Petition for certification denied.